IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

| | | |
|---|---|---|
| **CHRISTOPHER SKIPPER,** | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | **CASE NO: CV08-0659** |
| | ) | |
| **MRS ASSOCIATES, INC.,** | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the plaintiff, by and through counsel, James Patterson, and the defendant, MRS Associates, Inc., by and through counsel, Neal D. Moore, III, and respectfully request this Honorable Court to dismiss the defendant, MRS Associates, Inc. from this cause of action, with prejudice, and in support of this motion show as follows:

1. That the plaintiff and MRS Associates, Inc. have resolved the claims asserted between them through a separate confidential agreement;

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Honorable Court to dismiss MRS Associates, Inc., with prejudice, costs taxed as paid. All other claims asserted shall remain pending.

_____
Mr. James Patterson
21 S. Section Street
Fairhope, Alabama 36532
*Attorney for Plaintiff*

_____
Neal D. Moore, III
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
*Attorney for Defendant,*
*MRS Associates, Inc.*

{W0237578.1}